**Opinion issued December 15, 2020**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-20-00697-CV

—————————————

## IN RE AMERICAN ACCESS CASUALTY COMPANY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, American Access Casualty Company, has filed a motion for voluntary dismissal of its petition for writ of mandamus.[1] We grant the motion and

---

[1] The underlying case is *Everado Roque v. American Access Casualty Company, Medical Reimbursements of America, Inc., HCA Houston Healthcare Southeast d/b/a Bayshore Medical Center, Richard Byrne, T. Stefan Allen, Ekvall & Byrne, LLP, and Regan Fields*, cause number 2020-27925, pending in the 295th District Court of Harris County, Texas, the Honorable Donna Roth presiding.

dismiss this original proceeding. We lift the stay of the underlying proceedings imposed by our October 13, 2020 order.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Adams.